**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**


**LAW OFFICE OF JAMES P. CONNERS,**

        **Plaintiff,**


    **vs.**                  **Civil Action 2:05-CV-462
Judge Marbley
Magistrate Judge King**

**DOUGLAS ALAN COHN, *et al.*,**

        **Defendants.**


<u>**ORDER**</u>

On January 19, 2006, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the *Motion of Defendants to Dismiss Plaintiff's Complaint, or in the Alternative, Transfer to the United States District Court for the Eastern District of Virginia*, Doc. No. 15, be denied without prejudice to refiling within thirty (30) days after defendants serve their responses to plaintiff's jurisdiction-related discovery requests.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The defendants' motion to dismiss plaintiff's complaint, or in the alternative, transfer to the United States District Court for the Eastern District of Virginia, Doc. No. 15, is **DENIED**, without prejudice to refiling within thirty (30) days after defendants serve their responses to plaintiff's jurisdiction-related discovery requests.

_s/Algenon L. Marbley_
Algenon L. Marbley
United States District Judge